___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  8:21-cv-00250-JLS-ADS                              Date:  June 16, 2021
Title:  Frank Jorgensen et al v. Hows Markets, LLC et al
___

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

 Not Present                                                            Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE RE: UNSEALING DOCKET**

On February 8, 2021, Plaintiffs filed an application for leave to file their complaint under seal because it would be based in part of information designated as "confidential" under a non-disclosure agreement entered into between the parties.  (App., Doc. 5.)  The Court granted Plaintiffs' application and gave them leave to file the complaint in this action under seal. (Redacted Order, Doc. 9; Unredacted Order, Doc. 10.)  Out of an abundance of caution, Defendants' Answer (Doc. 14) and Motion to Dismiss (Doc. 16) were also sealed.  However, there is a strong presumption of public access to documents filed in the course of litigation.  Accordingly, the Court ORDERS Defendants to show cause, in writing, **within five (5) days from the date of this Order**, why all documents in this action should not be unsealed. Failure to timely respond will result in the immediate unsealing of all documents.

Initials of Deputy Clerk: mku