UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:21-cv-00250-JLS-ADS                                            Date: August 05, 2022
Title:  Frank Jorgensen et al v. Hows Markets, LLC et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

V.R. Vallery                                                                                   N/A
Deputy Clerk                                                                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                                                 Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER CONTINUING DATE BY WHICH HOWS MARKETS LLC MUST SHOW CAUSE (Doc. 61) TO SEPTEMBER 9, 2022**

On June 29, 2022, the Court ordered HOWS Markets LLC to show cause, in writing, why its pleadings should not be stricken because its corporate powers were suspended by the State of California.  (Order at 1, Doc. 61.)  HOWS provided a timely response, noting that HOWS has immediately taken steps to have its powers reinstated, and that it is "currently awaiting notice regarding approval of its Application for Certificate of Revivor" which would "effect reinstatement of HOWS' status as an LLC." (Response at 3, Doc. 63.)  HOWS notes that the Application was received by the Franchise Tax Board on July 5, 2022.  (Declaration of Steven E. Strickler ¶ 7, Doc. 63-1.)  Accordingly, HOWS "requests that the Court grant a brief continuance (or to extend the date for the Order to Show cause to allow time for the Certificate of Revivor to be entered) in order for it to effect reinstatement." (*Id.* at 4.)  The Court delayed ruling on its Order to Show Cause, but no further filing has been made reflecting HOWS' reinstatement.  Nonetheless, in light of HOWS pending Application for Certificate of Revivor, the Court hereby CONTINUES the date by which HOWS must show cause until

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:21-cv-00250-JLS-ADS                                                      Date: August 05, 2022
Title:  Frank Jorgensen et al v. Hows Markets, LLC et al

September 9, 2022 to enable HOWS to obtain reinstatement.  If no filing or status report is made by that date, the Court will order HOWS' pleadings stricken.

Initials of Deputy Clerk: vrv