UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:21-cv-00250-JLS-ADS                                              Date: December 12, 2022
Title:  Frank Jorgensen et al v. Hows Markets, LLC et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:**  **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT ENTER JUDGMENT IN PLAINTIFFS' FAVOR ON PLAINTIFFS' FIRST CAUSE OF ACTION**

    Plaintiffs' Objection to Defendants' Proposed Judgment (Doc. 103) notes that "Defendants did not seek, and the Court did not grant, summary judgment on Plaintiffs' first cause of action for withdrawal liability under ERISA against HOWS LLC" and that the Court only granted summary judgment in favor of Hughes LP.  Plaintiffs state that the undisputed facts establish that they are entitled to summary judgment on their first cause of action against HOWS LLC.

    Defendants are ordered to show cause, in writing, no later than five (5) days from the issuance of this Order, why the Court should not grant summary judgment in Plaintiffs' favor on their claims against HOWS LLC.  Failure to file a timely response will result in judgment being entered in Plaintiffs' favor on their first cause of action.

                                                                   Initials of Deputy Clerk:  vrv