JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK JORGENSEN AND ANDREA ZINDER, AS TRUSTEES OF THE SOUTHERN CALIFORNIA UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND FOOD EMPLOYERS JOINT PENSION TRUST FUND,<br><br>          Plaintiffs,<br>     v.<br>HOWS MARKETS, LLC and R&K HUGHES FAMILY PARTNERS, LP AND DOES 1-10,<br><br>          Defendants. | Case No.  8:21-00250-JLS-ADS<br><br>**FINAL JUDGMENT** |

After full consideration of the parties' arguments and evidence, and having granted summary judgment in favor of R&K Hughes Family Partners, LP by Order of December 5, 2022 (Doc. 101), the form of Judgment submitted by Defendants (Doc. 102-1) and Plaintiffs' Objection to that form of Judgment (Doc. 103) the Court **HEREBY ORDERS** as follows:

1. Plaintiffs shall take nothing in this action on their claims and causes of action against Defendant R&K Hughes Family Partners LP and all claims against it are hereby dismissed with prejudice, final judgment is entered in favor of R&K Hughes Family Partners LP.

2. While Plaintiffs did not move for summary judgment on their first cause of action for withdrawal liability, the only claim alleged against HOWS Markets, LLC, the Court concludes that the elements of that claim are established such that final judgment is entered in favor of Plaintiffs against HOWS Markets, LLC on their claim for withdrawal liability.

**IT IS SO ORDERED.**

DATED: December 20, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE